*May 25, 1937.*

SPINDLER, Respondent, vs. PRISSEL and another, Appellants:
GENERAL CASUALTY COMPANY, Interpleaded Defendant.

For the appellants: *Farr & MacLeod* of Eau Claire, attorneys, and *Richmond, Jackman, Wilkie & Toebaas* of Madison of counsel.

For the respondent: *Willis E. Donley* and *A. M. Jelik,* both of Menomonie.

For the interpleaded defendant: *Bundy, Beach & Holland* of Eau Claire.

*By the Court.*—Judgment affirmed.